**No. 56477.**—Allied Molding Corp. et al. *v.* United States, protests 176850–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.